**853 THOMAS ET AL. vs. CIRCUIT JUDGE (Wayne), No. 13262½.**

To compel the vacation of an order appointing a receiver, upon judgment creditors' bill filed, and directing judgment debtors to assign.

Order to show cause denied January 18, 1892.

Held, that relator had an adequate remedy by appeal.   Perrin vs. Lepper, 56 M., 351.

**854 GYPSUM PLASTER & STUCCO CO. vs. CIRCUIT JUDGE (Kent), No. 14808, 105 M., 497.**

To vacate an order appointing a receiver for the relator company on the ground that the appointee was at the time a large judgment creditor and also a large stockholder, but it appeared that the receiver had been acting for three months when the motion to vacate was made, and the appointing court had upon the motion reconsidered all matters pertaining to such appointment.

Denied May 28, 1895, with costs.